IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv95

| | |
|---|---|
| STEPHANIE CROCKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **J U D G M E N T** |
| ) | |
| MISSION HOSPITAL, INC., ) | |
| a North Carolina Corporation, ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in the Memorandum of Decision and Order entered simultaneously herewith,

**IT IS, HEREBY, ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of the Defendant Mission Hospital, Inc. and against the Plaintiff Stephanie Crockett.

Signed: July 3, 2012

Martin Reidinger
United States District Judge